The Lincoln National Life Insurance Company, appellee, v. Florian Vodnik et al., defendants. The Petersen Oven Company, appellant. Gen. No. 38,657.

Opinion filed February 9, 1937.

McDonald & Richmond, for appellant; Lyle L. Richmond, of counsel. Bull, Lytton & Olson, for appellee; Norman A. Broholm, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.